IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MERLIN GODSTONE,

          Plaintiff,

    v.

DAVID PEDRO, et al.,

          Defendant.

Case No. 2:24-cv-00181-AN

ORDER

NELSON, District Judge.

Plaintiff in this prisoner civil rights case moves for summary judgment, but Defendants have not yet waived service or otherwise been served thus the Motion for Summary Judgment (#9) is denied, without prejudice, on the basis that it is premature. Plaintiff also objects to an extension of time to allow Defendants to waive service. Plaintiff's Objection (#13) is not well taken because Defendants are not obligated to waive service. The Court therefore adheres to its Order (#12) allowing the extension of time.

    IT IS SO ORDERED.

4/24/2024
DATE

*Adrienne Nelson*
Adrienne Nelson
United States District Judge

1 - ORDER